IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILDWOOD PARTNERS, LLC                                                           PLAINTIFF

v.                              NO. 4:11CV00355 JLH

CITY OF LITTLE ROCK, ARKANSAS                                                   DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 26th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE